UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

                RE:    Jaime Lopez-Cruz
                        Docket Number: 1:07CR00250- 01
                        **CONTINUANCE OF PROBATION VIOLATION & DISPOSITION**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from **November 9, 2007**, to **November 30, 2007 at 9:00 a.m.**

                        Respectfully submitted,

                        /s/ Ben J. Blankenship

                        **Ben J. Blankenship**
                        **United States Probation Officer**

Dated:    November 8, 2007
               Visalia, California

cc:    Assistant United States Attorney
        Defense Counsel (Ann Voris)

IT IS SO ORDERED.

**Dated:  November 8, 2007**            /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE